BEFORE THE FIRST DIVISION, FEBRUARY 11, 1953

**No. 57065.**—Stern & Friedman *v.* United States, protest 146480–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of jewelry in chief value of artificial flowers the same in all material respects as that the subject of *Coro, Inc.* v. *United States* (39 C. C. P. A. 154, C. A. D. 478), the claim of the plaintiff was sustained.